```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

KHALIL JACKSON,

                Plaintiff,         20cv2843 (JGK)

    - against -               <u>ORDER</u>

MORGAN STANLEY SERVICES GROUP, INC.,

                Defendant.

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by June 26, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
            June 16, 2020          <u> /s/ John G. Koeltl </u>
                                                  John G. Koeltl
                                  United States District Judge