```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
KHALIL O JACKSON,

                    Plaintiff,           20cv2843 (JGK)

     - against -                         ORDER

MORGAN STANLEY SERVICES GROUP,

                    Defendant.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by August 14, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
             July 30, 2020            /s/ John G. Koeltl
                                                    John G. Koeltl
                                     United States District Judge