UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALIL O. JACKSON,

          Plaintiff,

    -against-

MORGAN STANLEY SERVICES GROUP
INC., et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021

20-CV-2843 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the April 5, 2021 discovery conference it is hereby ORDERED that:

1. <u>Promotion Committee</u>. With respect to the promotion committee which considered (or would have considered) plaintiff for a potential promotion in 2010-11, defendants shall promptly search the emails of the individual referred to in plaintiff's letter application as the "organizer" of that committee (Dkt. No. 42 at 2) using the parties' agreed-upon search terms and produce responsive documents.

2. <u>Other Discrimination Complaints</u>. Defendants shall promptly produce:

    a. All formal complaints of discrimination (that is, federal or state lawsuits and federal, state or local administrative complaints) on the basis of U.S. military service made against Morgan Stanley during the period 2010 through 2017 by U.S.-based employees in the Technology and Data "Super Division"; and

    b. All formal complaints of discrimination on the basis of race made against Morgan Stanley during the period 2015 through 2017 by U.S.-based employees in the Technology and Information Risk "Division."

c.  To the extent defendants are aware of a responsive complaint but do not possess a physical or electronic copy of the document, they shall produce sufficient identifying information (*e.g.*, the name of the plaintiff or complainant, the name of the court or administrative agency, the docket or file number of the matter, and the date of which it was filed) to allow plaintiff to locate the file at the relevant court or agency.

3.  <u>Promotion Information</u>. Defendants shall promptly produce the following information, either in the form of interrogatory answers or by producing documents reflecting the required data:

a.  For each year (either a fiscal year or a calendar year, so long as the production is consistent) from 2010 through 2017, the number of Vice Presidents at the start of the year; the number of VPs promoted to Executive Director; the number of EDs at the start of the year; and the number of EDs promoted to Managing Director, in each case limited to the Technology and Data Super Division; and

b.  For each year from 2015 through 2017, the number of individuals in each of the categories listed in ¶ 3(a) who self-identified as Black, African American, or Two or More Races.

Dated: New York, New York
April 6, 2021

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**