UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALIL O JACKSON,

    Plaintiff,

-against-

MORGAN STANLEY SERVICES GROUP INC., et al.,

    Defendants.

20-CV-2843 (JGK) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/21

**BARBARA MOSES, United States Magistrate Judge.**

  The Court has received and reviewed the discovery letter-motions dated May 26, 2021 from plaintiff (Dkt. No. 48) and from defendants (Dkt. No. 49), as well as the responding letters dated June 1, 2021 (Dkt. Nos. 50, 51.) Optional reply letters are due on **June 3, 2021**. *See* Moses Ind. Prac. § 2(e).

  The Court will conduct a discovery conference on **June 7, 2021**, at **11:00 a.m.**, in **Courtroom 20A** of the Daniel Patrick Moynihan United States Courthouse. Please note that this is an in-person conference. Counsel are advised to consult the Chief Judge's current entry protocols, available at https://nysd.uscourts.gov/covid-19-coronavirus, in advance of the conference. As of the date of this Order, masks are required in public areas of the courthouse, including Courtroom 20A, regardless of vaccination status. It is the Court's intention to resolve the parties' discovery disputes based on their letters, augmented by such argument as may be presented at the conference, unless a party shows good cause why more formal briefing should be required.

  If any party has an unavoidable scheduling conflict, that party's counsel must promptly telephone Judge Moses's courtroom deputy at (212) 805-0228 with two proposed alternative dates, acceptable to all counsel, for a morning discovery conference (Monday-Thursday).

Dated: New York, New York
   June 2, 2021

            **SO ORDERED**.

            _____
            **BARBARA MOSES**
            **United States Magistrate Judge**