UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALIL O JACKSON,

    Plaintiff,

-against-

MORGAN STANLEY SERVICES GROUP INC., et al.,

    Defendants.

20-CV-2843 (JGK) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/21

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the June 7, 2021 discovery conference it is hereby ORDERED that:

1. <u>Job Search Documents</u>. Plaintiff shall promptly produce all documents concerning or reflecting any attempt by him to seek employment with any organization, individual or other entity during the period August 1, 2015 through the present, including but not limited to job applications, interviews, offer letters, and other correspondence.

2. <u>Compensation from the Military</u>. Plaintiff shall promptly produce his W-2s or comparable documents sufficient to show his compensation from the United States Military between May 1, 2010 and August 1, 2017.

3. <u>Identity and Qualifications of Promotion Recipients and Nominees.</u> Plaintiff is not entitled to broad document discovery concerning all of the New York-based Morgan Stanley employees listed on the "historical roster" previously produced by defendants. In order to narrow the scope of such discovery, plaintiff shall promptly provide defendants with the names of the most relevant employees (drawn in large part from the "talent ranking spreadsheets" previously produced by defendants). Within one week thereafter, defendants shall produce for each such employee his

or her "employee profile" and any resume for that employee that is dated, or appears to have been created, at or prior to the time the employee was considered for promotion to Executive Director.

Dated: New York, New York
June 7, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**