UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KHALIL O. JACKSON,

            Plaintiff,

  - against -

MORGAN STANLEY SERVICES GROUP, INC.,

            Defendant.

---

20-cv-2843 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant can make its motion for summary judgment by August 13, 2021; responses are due September 7, 2021, and any replies are due September 20, 2021.

SO ORDERED.

Dated:   New York, New York
         July 23, 2021

                                            John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2021